UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re:
SUSAN E. RING                                    Case Number: 06-72017
Debtor                                           Chapter 7

## NOTICE OF OBJECTION TO CLAIM

The Trustee has filed an Objection to Claim #7, Sterling Financial Services Co., Inc. in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to enter an Order approving the Motion, or if you want the Court to consider your views on the Objection, then on or before 30 days from the date of this Notice, you or your attorney must:

____✓ File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:
United States Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, VA 23510

_____ If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated herein.

You must also mail a copy to:
Trustee
Tom C. Smith
POB 1506
Virginia Beach, VA 23451

_____ Attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing. If no timely response has been filed opposing the request of the debtor, the Court may grant the debtor permission as requested without holding a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Objection to claim.

_____12,11,09_____                      By:_____
Dated                                        Tom C. Smith, Trustee

Tom C. Smith, Trustee
1600 Virginia Beach Boulevard
P.O. Box 1506
Virginia Beach, VA 23451
SBA#: 14203

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:
**SUSAN E. RING**
Debtor

Case Number: 06-72017
Chapter 7

## OBJECTION TO CLAIM

NOW COMES the trustee, TOM C. SMITH, and states the following as his objection to Claim numbered seven (7) filed on behalf of Sterling Financial Services Co., Inc., to-wit:

1. That the claim was filed as a secured claim. The trustee did not administer the collateral that provides the security for the debt and the claim should be disallowed.

2. That any Party in interest who opposes the Trustee's Objection to Claim numbered seven (7) must file a request for hearing with the United States Bankruptcy Court within thirty (30) days from the date of this Notice.

WHEREFORE, the trustee prays that the Court disallow the said claim.

Dated 12/11/09

By _____
Tom C. Smith, Trustee

## CERTIFICATION OF MAILING

I hereby certify that a true copy of the foregoing Notice of Objection to Claim and Objection to Claim was mailed to the debtor, Susan E. Ring, 2140 Vista Circle, #201, Virginia Beach, VA 23451, debtor's Attorney, Karen M. Crowley, Crowley, Liberatore & Ryan, P.C., 1435 Crossways Blvd., Ste. 300, Chesapeake, VA 23320, Attorney for Sterling Financial Services Co., Inc., David A. Greer, Williams Mullen, 999 Waterside Drive, Ste. 1700, Norfolk, VA 23510-3306 and Office of the U.S. Trustee, Federal Building, Room 625, 200 Granby Street, Norfolk, VA 23510 this 11 day of December, 2009.

_____
Tom C. Smith, Trustee

*Tom C. Smith, Trustee*
1600 Virginia Beach Blvd.
Post Office Box 1506
Virginia Beach, VA 23451
(757) 428-3481
SBA #: 14203