## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

IN RE:
SUSAN E. RING                                    Case no.: 06-72017
    Debtor(s)                                    Chapter 7

## ORDER

THIS CAUSE came on this day to be heard upon the Objection of the trustee to claim numbered seven (7) filed on behalf of Sterling Financial Services Co., Inc. and was argued by counsel.

UPON CONSIDERATION WHEREOF, and with the consent of the counsel for Sterling Financial Services Co.,

It is accordingly ADJUDGED, ORDERED and DECREED that the trustee's Objection to the secured portion of claim numbered seven (7) is hereby sustained and the secured portion of claim numbered seven (7) is hereby disallowed.

It is further ORDERED that the unsecured portion of claim numbered seven (7) in the amount of $1,044,938.54 is hereby allowed as an unsecured claim.

ENTER:

_____
JUDGE

 /s/ Tom C. Smith_____
Tom C. Smith, Trustee


 /s/ Scott C. Miller_____
Scott C. Miller, Attorney for
Sterling Financial Services, Co.


*Tom C. Smith*
*Chapter 7 Trustee*
*P.O. Box 1506*
*1600 Virginia Beach Blvd.*
*Virginia Beach, VA 23451*
*(757) 428-3481*
*SBA# 14203*

## CERTIFICATE OF MAILING

       I hereby certify that a true copy of the foregoing Order was mailed to the debtor, Susan E. Ring, 2140 Vista Circle, #201, Virginia Beach, VA 23451, debtor's Attorney, Karen M. Crowley, Crowley, Liberatore & Ryan, P.C., 1425 Crossways Blvd., Ste. 300, Chesapeake, VA 23320, Atty. for Sterling Financial Services, Co., ' 1Scott C. Miller, Esq., POB 3460, Norfolk, VA 23514 and the Office of the U.S. Trustee, Federal Building, Room 625, 200 Granby Street, Norfolk, VA 23510, this 25th day of January, 2010.

                                          /s/ Tom C. Smith_____
                                          Tom C. Smith,Trustee

*Tom C. Smith*
*Chapter 7 Trustee*
*P.O. Box 1506*
*1600 Virginia Beach Blvd.*
*Virginia Beach, VA 23451*
*(757) 428-3481*
*SBA# 14203*